# 11089330
2/8/10 #204.55

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
  UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 204.55
CHECK # 14855 FOR $ 204.55
Representing unclaimed funds.

DATED: 2-05-2010

_____
ALBERT J. MOGAVERO
CHAPTER 13 TRUSTEE



FILED
FEB - 8 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

OUTSTANDING DEBTOR REFUND CHECKS TO CLERK
**FOR CHECK # 14855**

| CK # | CASE # | AMOUNT | CR. NAME |
|---|---|---|---|
| 830770 | 06-01996 -SMITH | $ 40.00 | BRENDAN C. HAND<br>1413 WARD AVE # B.<br>HONOLULU, HI 96822 |
| 840813 | 06-03259- BARGE | 164.55 | NIAGARA MOHAWK<br>300 ERIE BLVD., BK TEAM C-3<br>SYRACUSE, NY 13202 |